UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

James J Cerbone
1704 Maxwell Drive
Suite 206
Wall NJ 07719

In Re:
Michael Devito

Case No.: 25-10121
Chapter: 13
Adv. No.:
Hearing Date: 02/05/2025
Judge: CMG

## CERTIFICATION OF SERVICE

1. I, James J Cerbone :

   ☒ represent _____debtor_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On 1/15/2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Motion to Impose the Automatic Stay
   Certification of Debtor
   Proposed Order
   Certification of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 1/15/2025

/s/James J Cerbone
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton NJ 08650 | Standing Ch. 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  E- filing<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Allaire County Club<br>Attn: Becker & Poliakoff<br>331 Newman Springs Road<br>Suite 106<br>Red Bank NJ 07701 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City UT 84165 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Select Portfolio Servicing<br>Attn: Denise Carlon, ESQ<br>KML<br>701 Market Street<br>Suite 5000<br>Philadelphia PA 19106 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Affirm<br>633 Folsom Street, Fl 7<br>San Fransisco CA 94107<br><br>Atlantic Neurosurgical Specialists<br>310 Madison Avenue Suite 300<br>Morristown NJ 07960 | General Unsecured | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One<br>PO Box 30285<br>Salt Lake City UT 84130<br><br>CCS/First National Bank<br>500 E 60th Street North<br>Sioux Falls SD 57104 | General Unsecured | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| FB&T Mercury<br>PO Box 84064<br>Columbus GA 31908<br><br>Kohls<br>PO Box 2893<br>Milwaukee WI 53201 | General Unsecured | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Merrick<br>PO box 9201<br>Old Bethpage NY 11804<br><br>Net Credit<br>175 W Jackson Blvd Suite 1000<br>Chicago IL 60604 | General Unsecured | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ollo Card Services<br>PO Box 660371<br>Dallas TX 75266<br><br>Upgrade Inc<br>275 Battery Street 23rd Floor<br>San Fransisco CA 9411 | General Unsecured | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*