Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  25−10121−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael DeVito
   185 Tennis Court
   Wall, NJ 07719

Social Security No.:
   xxx−xx−1389

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               3/19/25
Time:               10:00 AM
Location:           Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 16, 2025
JAN: llb

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-10121-CMG |
| Michael DeVito | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 16, 2025 | Form ID: 132 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael DeVito, 185 Tennis Court, Wall, NJ 07719-9441 |
| 520504753 | + | Allaire Country Club, Attn: Becker & Poliakoff, 331 Newman Springs Road Suite 106, Red Bank, NJ 07701-5690 |
| 520504756 | + | CCS/First National Bank, 500 E 6oth Street North, Sioux Falls, SD 57103-7016 |
| 520504757 | + | FB&T Mercury, Attn: Bankruptcy, PO 84064, Columbus, GA 31908-4064 |
| 520504758 | | Kohls, PO Box 2893, Milwaukee, WI 53201 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 16 2025 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 16 2025 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520504752 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 16 2025 21:32:46 | Affirm, 633 Folsom Street, Fl 7, San Francisco, CA 94107-3618 |
| 520504755 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2025 21:32:40 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520510941 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 16 2025 21:18:21 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520511613 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 16 2025 21:32:15 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520504759 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 16 2025 21:32:42 | Merrick, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520504760 | + | Email/Text: netcreditbnc@enova.com | Jan 16 2025 20:55:37 | Net Credit, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 520504761 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 16 2025 21:18:45 | Ollo Card Services, PO box 660371, Dallas, TX 75266-0371 |
| 520511770 | | Email/Text: bnc-quantum@quantum3group.com | Jan 16 2025 20:55:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520511560 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2025 21:07:38 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520504762 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 16 2025 20:56:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520504763 | | Email/Text: bknotice@upgrade.com | Jan 16 2025 20:53:00 | Upgrade Inc, Attn Bankruptcy, 275 Battery Street |

23rd Floor, San Francisco, CA 94111

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520504754 | ##+ | Atlantic Neurosurgical Specialists, 310 Madison Avenue, Suite 300, Morristown, NJ 07960-6967 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor Michael DeVito jamescerboneesq@gmail.com  cerbonejr83307@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4