JAMES J. CERBONE, ESQUIRE - 4036
1704 MAXWELL DRIVE
SUITE 206
WALL, NJ 07719
(732) 681-6800
Attorney for Debtor

Order Filed on February 6, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

**MICHAEL DEVITO**

**DEBTOR**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CHAPTER 13
CASE NO.: 25-10121/CMG

**ORDER IMPOSING THE AUTOMATIC STAY AS TO ALL CREDITORS**

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: February 6, 2025**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Michael Devito

Case Number: 25-10121/CMG

Caption of Order: Order Imposing the Automatic Stay as to All Creditors

**THIS MATTER,** being brought, before this court by James J. Cerbone, P.C. attorney for Debtor, upon reading documents submitted and good cause being shown:

**ORDERED** that the automatic stay is imposed to all creditors.