JAMES J. CERBONE, ESQUIRE - 4036
1704 MAXWELL DRIVE
SUITE 206
WALL, NJ 07719
(732) 681-6800
Attorney for Debtor

**Order Filed on February 6, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

**MICHAEL DEVITO**

DEBTOR

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CHAPTER 13
CASE NO.: 25-10121/CMG

**ORDER IMPOSING THE AUTOMATIC STAY AS TO ALL CREDITORS**

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: February 6, 2025**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Michael Devito

Case Number: 25-10121/CMG

Caption of Order: Order Imposing the Automatic Stay as to All Creditors

**THIS MATTER,** being brought, before this court by James J. Cerbone, P.C. attorney for Debtor, upon reading documents submitted and good cause being shown:

**ORDERED** that the automatic stay is imposed to all creditors.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-10121-CMG |
| Michael DeVito | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 06, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael DeVito, 185 Tennis Court, Wall, NJ 07719-9441 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor Michael DeVito jamescerboneesq@gmail.com cerbonejr83307@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4