Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−10121−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Michael DeVito
 185 Tennis Court
 Wall, NJ 07719

Social Security No.:
 xxx−xx−1389

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/7/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 7, 2025
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 25-10121-CMG

Michael DeVito     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3

Date Rcvd: Jul 07, 2025    Form ID: 148    Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael DeVito, 185 Tennis Court, Wall, NJ 07719-9441 |
| 520504753 | + | Allaire Country Club, Attn: Becker & Poliakoff, 331 Newman Springs Road Suite 106, Red Bank, NJ 07701-5690 |
| 520588549 | + | Allaire Country Club Estates Condominium Associati, c/o Becker New York, P.C., 67 E. Park Place, Morristown, NJ 07960-7105 |
| 520504756 | + | CCS/First National Bank, 500 E 6oth Street North, Sioux Falls, SD 57103-7016 |
| 520504758 | | Kohls, PO Box 2893, Milwaukee, WI 53201 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 07 2025 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 07 2025 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520548364 | | EDI: ATLASACQU | Jul 08 2025 01:30:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 520504752 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 07 2025 21:51:48 | Affirm, 633 Folsom Street, Fl 7, San Francisco, CA 94107-3618 |
| 520545544 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2025 21:51:23 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520504755 | + | EDI: CAPITALONE.COM | Jul 08 2025 01:30:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520510941 | + | EDI: AIS.COM | Jul 08 2025 01:30:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520504757 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jul 07 2025 21:45:00 | FB&T Mercury, Attn: Bankruptcy, PO 84064, Columbus, GA 31908-4064 |
| 520580705 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 07 2025 21:47:53 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520546982 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2025 21:50:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520511613 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 07 2025 21:51:22 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520504759 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 07 2025 21:51:30 | Merrick, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520504760 | + | Email/Text: netcreditbnc@enova.com | Jul 07 2025 21:47:06 | Net Credit, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |

Case 25-10121-CMG    Doc 38    Filed 07/09/25    Entered 07/10/25 00:14:38    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 07, 2025 | Form ID: 148 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 520504761 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 07 2025 21:51:19 | Ollo Card Services, PO box 660371, Dallas, TX 75266-0371 |
| 520511770 | | EDI: Q3G.COM | Jul 08 2025 01:30:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520511560 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2025 21:51:01 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520577907 | + | Email/Text: signed.order@pfwattorneys.com | Jul 07 2025 21:45:06 | STATE OF NEW JERSEY, WORKERS' COMPENSATION, C/O PRESSLER, FELT & WARSHAW, LLP, 7 ENTIN RD, PARSIPPANY, NJ 07054-5020 |
| 520504762 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 07 2025 21:47:09 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520504763 | | Email/Text: bknotice@upgrade.com | Jul 07 2025 21:45:00 | Upgrade Inc, Attn Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 520588460 | + | EDI: AIS.COM | Jul 08 2025 01:30:00 | Verizon by American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520504754 | ##+ | Atlantic Neurosurgical Specialists, 310 Madison Avenue, Suite 300, Morristown, NJ 07960-6967 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 09, 2025              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor Michael DeVito jamescerboneesq@gmail.com 23855@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3      User: admin      Page 3 of 3

Date Rcvd: Jul 07, 2025      Form ID: 148      Total Noticed: 25

TOTAL: 4